UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH WASHINGTON,<br><br>　　　　　　　　　　Plaintiff,<br>　　v.<br>TIMEKEEPER NDOC, et al.,<br><br>　　　　　　　　　　Defendants. | Case No. 2:24-cv-01000-GMN-DJA<br><br>ORDER |

**I.   DISCUSSION**

On December 31, 2024, the Court issued an order screening Plaintiff's complaint under 28 U.S.C. § 1915A. (ECF No. 7). The Court dismissed the complaint in its entirety and gave Plaintiff leave to file a first amended within 30 days. (*Id.* at 5-6). Plaintiff has filed a motion stating that he has been ill and requesting a 30-day extension to file a first amended complaint. (ECF No. 9). The Court grants Plaintiff's motion and will extend the deadline for Plaintiff to file an amended complaint until **March 10, 2025**. Baring unusual circumstances, the Court does not anticipate granting another extension.

**II.   CONCLUSION**

For the foregoing reasons, it is ordered that Plaintiff's motion for an extension to file a first amended complaint (ECF No. 9) is **GRANTED**. Plaintiff will file any first amended complaint on or before **March 10, 2025**.

It is further ordered that pursuant to the Court's previous screening order, if Plaintiff fails to file a first amended complaint by **March 10, 2025**, this case will be subject to dismissal.

DATED THIS 6th day of February 2025.

_____
UNITED STATES MAGISTRATE JUDGE