UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>TIMEKEEPER NDOC, et al.,<br><br>Defendants. | Case No.: 2:24-cv-01000-GMN-DJA<br><br>**ORDER** |

On December 31, 2024, the Court issued an order screening Plaintiff's complaint under 28 U.S.C. § 1915A. (ECF No. 7). The Court dismissed Plaintiff's due process claim with prejudice but gave him leave to file an amended complaint if he wanted to bring some other claim. (*Id.*). The Court directed that any amended complaint be filed within 30 days. (*Id.*).

Rather than filing an amended complaint, Plaintiff filed a notice of appeal. (ECF No. 11). The Ninth Circuit Court of Appeals has denied Plaintiff's appeal. (ECF No. 14). The Court grants Plaintiff an extension until **April 11, 2025**, to file an amended complaint. Pursuant to the Court's screening order, this case will be subject to dismissal if Plaintiff fails to file an amended complaint by that deadline.

For the foregoing reasons, **IT IS ORDERED** that Plaintiff shall file any amended complaint on or before **April 11, 2025**.

Plaintiff is reminded that pursuant to the Court's screening order, this action will be subject to dismissal if Plaintiff fails to file an amended complaint by that extended deadline.

DATED THIS 11th day of March 2025.

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE